```
         FILED         ENTERED
         LODGED        RECEIVED

         DEC - 1 2006

              AT SEATTLE
         CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
    BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARNER SMITH,

        Plaintiff,

    v.

HOME DEPOT, USA, INC.,

        Defendant..

Case No. C05-1659P

ORDER OF DISMISSAL

    Counsel having notified the court of the settlement of this case, and it appearing that no issue remains for the court's determination,

    IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

    In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 30 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

    IT IS SO ORDERED this __30__ day of November, 2006.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

05-CV-01659-ORD

ORDER OF DISMISSAL